IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

QUINCHI LOJA,
    Petitioner,

        v.

FEDERAL DETENTION CENTER
PHILADELPHIA, et al.,
    Respondents.

:
:
:
:
:
:
:
:

CIVIL ACTION

No. 26-01518

## ORDER

**AND NOW**, this 10th day of March, 2026, at 12:00 p.m., upon consideration of Petitioner's Motion for a Temporary Restraining Order (ECF No. 2) it is hereby **ORDERED** that said Motion is **GRANTED** as follows:

1.      To prevent Petitioner from suffering irreparable injury in the nature of deportation, Respondents are **ENJOINED** from removing or transferring Petitioner from the Eastern District of Pennsylvania.

2.      Respondents shall file any opposition to the request for preliminary injunctive relief on or before **Friday, March 13, 2026**.

3.      A video status conference on said Motion will be held before the Court on **Wednesday, March 11, 2026 at 10:30 a.m.** Counsel shall appear by video and will be notified by Chambers staff via email with video links and instructions on how to participate remotely.

    **IT IS SO ORDERED**.

BY THE COURT:

/s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**